# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 27, 2008

Clifford W. Taylor,
Chief Justice

137079

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GLENN RICHARD HIEBER,
      Plaintiff-Appellant,

v

CULLEN JOHN STEARNS,
      Defendant-Appellee.

SC: 137079
COA: 281160
Macomb CC: 2006-005206-NF

_____/

      On order of the Court, the application for leave to appeal the April 30, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 27, 2008

_____
Clerk

1020